IT IS HEREBY ORDERED
AS DESCRIBED BELOW.

DATED: September 09, 2009



Honorable Margaret Dee McGarity
Chief United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

In re: ZELLA M. JAMES,　　　　　　　　　　　Case No. 09-24220-mdm
　　　　　　　　　　　　　　　　　　　　　　　　(Chapter 7)
　　　　　Debtor.

WILLIAM T. NEARY,
United States Trustee,

　　　　　Plaintiff,　　　　　　　　　　　Adversary No. 09-2205

　v.

ZELLA M. JAMES,

　　　　　Defendant.

**ORDER DENYING DISCHARGE**

The United States Trustee commenced an Adversary Proceeding against the Debtor, Zella M. James, seeking to deny the Debtor a discharge pursuant to 11 U.S.C. §727(a)(8). The Debtor has defaulted by failing to file an answer to the Complaint.

Drafted by:
Attorney Michelle S. Y. Cramer
Office of the United States Trustee
517 East Wisconsin Avenue, Suite 430
Milwaukee, WI 53202
(414) 297-4499 / Fax (414) 297-4478

Now, therefore, after considering the record and file herein,

IT IS HEREBY ORDERED:

1. The Debtor shall be denied a discharge pursuant to 11 U.S.C. §727(a)(8);

2. The Clerk of the Bankruptcy Court shall not enter a discharge in this case; and

3. Judgment shall be entered accordingly.

#####